**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 21-cv-21253-CIV-WILLIAMS**

ANGEL ROBINSON,

      Plaintiff,

vs.

KASEYA US, LLC,

      Defendant.

                                        /

## <u>ORDER</u>

**THIS MATTER** is before the Court on Magistrate Judge John J. O'Sullivan's Report and Recommendation ("Report") following the June 25, 2021 settlement conference, during which a settlement was reached by the Parties. (DE 26.) In the Report, Judge O'Sullivan explains that he "has reviewed the terms of the settlement agreement" and "finds that the compromised reached by the parties is a fair and reasonable resolution of the parties' bona fide dispute." (*Id.* at 2.) Accordingly, Judge O'Sullivan approved the settlement agreement and recommends that the Court dismiss the case with prejudice and retain jurisdiction until August 26, 2021 to enforce the terms of the agreement. (*Id.*) To date, the Parties have not filed objections to the Report and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1.      The Report (DE 26) is **ADOPTED AND AFFIRMED**.

2.      This case is **DISMISSED WITH PREJUDICE**.

3.      The Court will **RETAIN JURISDICTION** until **August 26, 2021** to enforce the terms of the settlement agreement.

4.      All remaining motions are **DENIED AS MOOT**.   The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida this 9th day of July, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE